UNITED STATES DISTRICT COURT          Filed on 02/03/25

DISTRICT OF OREGON

DOROTHY ELIZABETH LEWIS

         Counter Plaintiff

V.                                          CASE NO. *3:25-CV-176-SB*

**JUDGE MONICA M. HERRANZ**
Multnomah County Circuit Court              **COMPLAINT**
**WELLS FARGO BANK . NA., as Trustee** for the    CIVIL RIGHTS VIOLATION ABUSE
Registered Holders of Structured Asset Securities   OF POWER AND EXTRINSIC
Corporation Mortgage Pass-Through Certificate,   FRAUD
Series 2007-OSI ("the Trust")
**EMILIE K EDLING, (ATTORNEY)**

I

A. **Plaintiff**

    Dorothy Elizabeth Lewis
    5272 NE 20th Ave
    Portland, OR 97211
    503-929-8084

B . **Defendant(s)**   *Multnomah County* Circuit Court

    Defendant No. 1

    Judge Monica M. Herranz
    Multnomah County Circuit Court
    1200 SW 1st Ave
    Portland, OR 97204

    Defendant No. 2

    Wells Fargo Bank. NA., as Trustee for the
    Registered Holders of Structured Asset Securities
    Corporation Mortgage Pass-Through Certificate,
    Series 2007-OSI ("the Trust")

1

*#110469*

C/O Registered Agent
Corporation Service Company
1127 Broadway St. NE. Ste. 310
Salem. OR 97301

Defendant No. 3

Emilie K. Edling, (attorney)
c/o Houser LLP
10260 SW Greenburg Rd. Ste. 400
Portland, OR 97223

I, Dorothy Lewis, a bondservant of our Heavenly Father and HIS Son Jesus Christ, due to the actions of Defendants am forced to defend myself. Thus, on the advice of my lawyer, our Heavenly Father, through His Son Jesus Christ, led by the HOLY SPIRIT I bring this claim against the named Defendants. I do so in the authority of my LORD (**YHVH**), the United States Constitution, The Civil Rights Act, the Fourteenth Amendment, and all other relevant parts of the United States Constitution.  Federal Codes 28 U.S.C  1331; 28 U.S.C. 1332;  28 U.S.C. 1343; 42 U.S.C 1983; and  give additional authority. As well as Rule 60 which deals with extrinsic fraud along with any code that deals with being defrauded using extrinsic fraud.

First, I give thanks and glory and honor to our Heavenly the Lord God of Truth, through His Son Jesus Christ.

> **Psalms 31:5  Into Thine hand I commit my spirit: thou hast redeemed me, O LORD God of truth.**
>
> **Deuteronomy 32:4 *He is* the Rock, His work *is* perfect: for all His ways *are* judgment: a God of truth and without iniquity, just and right *is* He.**

### III                                Basis For Jurisdiction

By the will of our Heavenly Father, I am a citizen of the United States of America and the State of Oregon.

Defendant Judge Monica M. Herrand resides in the state of Oregon.

Defendant  Wells Fargo Bank, NA  (the Trust) is not a citizen of the State of Oregon. It is a Federal Depository institution incorporated under the laws of the State of Delaware. Their mailing address is 101 N. Phillips Avenue. Sioux Falls SD 57104.  Their primary place of business is listed at 101 N. Phillips Avenue. Sioux Falls SD 57104.  They have a registered Agent in Salem, Oregon, to accommodate the Service of Process, per the AMENDED ANNUAL REPORT from the Oregon Secretary of State.

There is more than $75,000 in issue. 42 U.S.C 1332; 28 USC 1331; 42 U.S.C 1983 Civil Rights Violations, Abuse of Power and Extrinsic Fraud.

### III                                Statement of Claim

My God is the God of truth. I must speak the truth. I cannot be a false witness. To be a liar is to be an abomination to my God. To be a liar is to be a child of Satan.  I must speak as if I am speaking before my God, for I am.  He sees and knows all things. My God knows the heart of man

**.Jeremiah 17:10   "I the Lord search the heart and test the mind and give every man according to his ways,  according to the fruit of his deeds."**

The Order signed  by Judge Monica Herranz on 1/28/2025 at 10:36 is the latest example of  Defendant's collusions and conspiracy to deprive me of my Civil Rights as guaranteed to me.   There has been many other examples/instances . Take the collusion between Defendants Edling and the Trust and Judge Shelley Russell in a prior violation of my Civil Rights. When they defied the Bankruptcy Order to Stay all Adverse actions. There was clear and plain collusion between Judge Shelley Russell, Miss Edling, and the Trust. Judge Russell, when she could not get around the Bankruptcy order, questioned the authenticity of the signature on the order accusing me of forgery.  It was ruled that Judge Shelley Russell had immunity no matter how bad the things she did were and was dismissed from the case I filed--Case No. 3:24-cv-01932-IM.

## Claim

The most current conspiracy is to get me before a Judge within the 4th Judicial District Circuit Court, the Multnomah County Circuit Court in Portland, Oregon. It is not with the intent to have a fair and impartial hearing but to exercise judicial power over me to rule according to their preplanned purpose. The Judges know they can make any ruling they like. Which they and the Trust and Miss Edling will then vigorously enforce, while I try my best to undo the wrong, they have done to me.  They know it is often impossible to undo these wrongs and or it will cause irreversible damage, the fight will become overwhelming for me. They all understand the power of the immunity the judges have.

Here , Judge Monica M. Herranz, using extrinsic fraud,  is doing all she can to deny me of my Civil Right and help the other Defendants. By forcefully defying the Federal Statutes governing Removal.  Judge Monica M. Herranz relying on my ignorance committed Extrinsic fraud by her order which reads:

> The Court orders:
>
> Due to administrative error, this case was closed and removed to the US Districr Court after that court remanded this matter back to our State Court. Therefore, it is being reopened and set back on our motion docket in the landlord tenant courtroom. The issues to be heard are Defendant's motion to change the venue for trial and the Plaintiff /Counterclaimant's motion to dismiss the counterclaim.

Judge, Monica M. Herranz, is being disingenuous.  As a Judge she should be aware that a case that has been remanded can be subsequently removed to the Federal Court once again. The State case tom be immediately closed and remain closed.  The State Court does not have jurisdiction to reopen it unless or until the Federal Court rules and their ruling is to remand it.   Thus, Judge Monica M. Herranz's actions are fraudulent and done to bring about the decision in the order.  Judge Monica M. Herranz and the other Defendants conspired to defraud me and deny me benefits due to me under Federal Law. They have conspired and are robbing me, denying me of my Civil Rights.

It is clear that the group ( the Defendants) came up with this plan to take advantage of my pro se status and deny me of my Civil Rights and to try and steal jurisdiction, they do not have, by law.  By fraud, they are trying to get something they could not get without defrauding me.  This action is extrinsic fraud. And by her actions Judge Monica M. Herranz has caused any immunity she may have had to be pierced and removed.  She also appears

3

to be acting administratively. And a made-up administrative issue.  NO administrative error was made.   There was none to make.  The 1/28/2025 Order resulted from a conspiracy to take advantage of my Pro

Se status and limited knowledge.  However, thanks to our Heavenly Father, who gave me the wisdom to see their unholy plan.

The Judges often take the lead in the actions in this conspiracy, while Miss Edling and the Trust ignore me, giving no responses. All along getting cover from the Court. The 1/28/2025 order is an example of the Court's action and cover for Defendants Edling and the Trust.

Our Heavenly Father loves and has established and uses Judges. A Just judge renders judgment for God.  The LORD God disapproves of unjust Judges. He has forewarned us of this.

> Deuteronomy 1:16  And I charged your judges at that time, saying, Hear *the causes* between your brethren, and judge righteously between *every* man and his brother, and the stranger *that is* with him.  17 Ye shall not respect persons in judgment; *but* ye shall hear the small as well as the great; ye shall not be afraid of the face of man; for the judgment *is* God's: and the cause that is too hard for you, bring *it* unto me, and I will hear it.

> 1 Thessalonians 4:6  That no *man* go beyond and defraud his brother in *any* matter: because that the Lord *is* the avenger of all such, as we also have forewarned you and testified.

The collusion between the defendants continues. They have a vendetta against me and are willing to do everything to punish me and put me out of the property at 5272 NE 20th Ave. Portland, Oregon 97211 by any means necessary. Their will, will justify their means. They have a zeal to remove me from the property. They do not care about laws or Civil Rights. They want to get me to where they will have judicial power over me to give an unholy ruling.   They have a zeal to do this.

### IV.                                    Relief

A. Plaintiff requests that the court order the Defendants to stop all actions to remove me from the property pending the conclusion of all litigation on the property.

B. The plaintiff requests that the Federal court take all corrective actions, relating to Judge Herranz, that are within the power of this Court to ensure that Civil Rights violations will stop. Not just for me but for others as well, knowing the importance of Case REMOVAL. It should not be allowed to be weakened.  should not be weakened.

C.  I am requesting punitive damages for my emotional distress. Brought on by the many violations of my constitutional rights by Miss Edling and the Trust.

D. Granting all such further and other relief as this Court deems just and appropriate.

4

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Plaintiff prays that our Heavenly Father's will is done in this matter, and upon this earth, as it is in heaven, in the name of HIS Son, and my Lord, Jesus Christ. HIS thoughts are higher than our thoughts, and all are subjected to HIM, for **HIS purpose is supreme**.

**DATE**:  February 3, 2025,

Signature  Pro SE
Dorothy E Lewis
5272 NE 20th Ave, Portland, OR 97211,
Phone No. 503-929-8084

5